1  **SARA M. PELOQUIN**
   California State Bar No. Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Aguilar-Zamora

8               UNITED STATES DISTRICT COURT
9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                **(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | Case No. 08MJ0072-02 |
|                             )   | |
|         Plaintiff,          )   | |
|                             )   | |
| v.                          )   | **NOTICE OF APPEARANCE** |
|                             )   | |
| **JOSE LUIS AGUILAR-ZAMORA,** (2)  )   | |
|                             )   | |
|         Defendant.          )   | |
|                             )   | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as *co-counsel* in the above-captioned case.

                                    Respectfully submitted,


Dated: January 16, 2008             /s/ *Sara Peloquin*
                                    **SARA M. PELOQUIN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Aguilar-Zamora

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  January 16, 2008              /s/  *Sara Peloquin*
                                      **SARA M. PELOQUIN**
                                      Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
                                      San Diego, CA  92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      Sara_Peloquin@fd.org